WILLIAM BLUMENTHAL
General Counsel

Colleen B. Robbins, NJ# 027091997
LaShawn M. Johnson, DC# 475164
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
Ph. (202) 326-2548; Fax (202) 326-3395

Christopher J. Christie
UNITED STATES ATTORNEY
Susan J. Steele, Chief, Civil Division
970 Broad Street, Suite 700
Newark, NJ 07102
Ph. (973) 645-2920
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>Clifton Telecard Alliance One LLC,<br>d/b/a Clifton Telecard Alliance and CTA,<br>Inc., and<br><br>Mustafa Qattous, individually and as an officer of Clifton Telecard Alliance One LLC, d/b/a Clifton Telecard Alliance and CTA, Inc.,<br><br>Defendants. | CIVIL ACTION NO. 08-1480 (PGS) |

## [PROPOSED] ORDER GRANTING PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION TO EXCEED THE FORTY PAGE LIMITATION SET BY LOCAL RULE 7.2(B)

Upon consideration of Plaintiff Federal Trade Commission's ("FTC") Motion to Exceed the Forty Page Limitation Set by Local Rule 7.2 (b) and Memorandum in Support Thereof,

**IT IS HEREBY ORDERED** that the FTC is permitted to file its Memorandum of Points and Authorities in Support of Plaintiff's Motion for Temporary Restraining Order and Other Equitable Relief and Order to Show Cause, which exceeds forty pages in length.

SO ORDERED, this __1__ day of __April__, 2007.

_____
United States District Court Judge