**LOWENSTEIN SANDLER PC**
Natalie J. Kraner
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
Attorneys for Defendants
Clifton Telecard Alliance One, LLC
d/b/a Clifton Telecard Alliance and CTA, Inc.
-and-
Mustafa Qattous, individually and as an officer of
Clifton Telecard Alliance One, LLC, d/b/a Clifton
Telecard Alliance and CTA, Inc

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiffs,<br><br>-v-<br><br>CLIFTON TELECARD ALLIANCE ONE, LLC, d/b/a CLIFTON TELECARD ALLIANCE and CTA, INC., and<br><br>MUSTAFA QATTOUS, individually and as an officer of CLIFTON TELECARD ALLIANCE ONE, LLC, d/b/a CLIFTON TELECARD ALLIANCE and CTA, INC.,<br><br>    Defendants. | **Document Electronically Filed**<br><br>Hon. Peter G. Sheridan, U.S.D.J.<br>Hon. Esther Salas, U.S.M.J.<br><br>Civil Action No. 08-cv-01480 (PGS)(ES)<br><br><br>**CONSENT ORDER ADMITTING MICHAEL N. SOHN AND JONATHAN L. STERN**<br>***PRO HAC VICE*** |

**THIS MATTER** having come before the Court by Lowenstein Sandler PC, attorneys for Defendants Clifton Telecard Alliance One, LLC d/b/a Clifton Telecard Alliance and CTA, Inc., and Mustafa Qattous, individually and as an officer of Clifton Telecard Alliance One, LLC, d/b/a Clifton Telecard Alliance and CTA, Inc. (collectively, "Defendants"), on notice to and upon the consent of all counsel, for entry of an Order granting the admission *pro hac vice* of Michael N. Sohn and Jonathan L. Stern of Arnold & Porter LLP; and the Court having

considered the affidavits of counsel and it being represented that all parties consent to entry of the within Order; and for good cause shown:

IT IS on this 17th day of April, 2008 hereby

**ORDERED** that Michael N. Sohn and Jonathan L. Stern are hereby admitted *pro hac vice* to appear and participate as co-counsel for Defendants in this matter pursuant to Local Rule 101.1 of the United States District Court for the District of New Jersey; and

**IT IS FURTHER ORDERED** that all pleadings, briefs and other papers filed with the Court shall be signed by an attorney of the firm Lowenstein Sandler PC, attorneys of record for Defendants, who shall be held responsible for said papers and the conduct of the cause and who shall be present in Court during all stages of this proceeding, unless expressly excused by the Court, as well as to be held responsible for the conduct of the admitted attorneys herein; and

**IT IS FURTHER ORDERED** that pursuant to Local Rule 101.1(c)(2), Michael N. Sohn and Jonathan L. Stern shall each make a $182.00 payment to the New Jersey Lawyer's Fund for Client Protection as provided by Rule 1:28-2(a) of the New Jersey Court Rules, for this year and for any subsequent year in which they continue to represent a client in any matter pending in this Court; and

**IT IS FURTHER ORDERED** that pursuant to Local Rule 101.1(c)(3), Michael N. Sohn and Jonathan L. Stern shall each make a $150.00 payment to the "Clerk, United States District Court," representing their *pro hac vice* admission fee; and

**IT IS FURTHER ORDERED** that Michael N. Sohn and Jonathan L. Stern shall be bound by the General and Admiralty Rules of the United States District Court for the District

of New Jersey, including but not limited to the provisions of Local Rule 103.1 (Judicial Ethics and Professional Responsibility) and Local Rule 104.1 (Discipline of Attorneys); and

**IT IS FURTHER ORDERED** that Michael N. Sohn and Jonathan L. Stern shall be deemed to have agreed not to take a fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

_____
Honorable Esther Salas, U.S.M.J.