WILLIAM BLUMENTHAL
General Counsel

Colleen B. Robbins, NJ# 027091997
LaShawn M. Johnson, DC# 475164
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
Ph. (202) 326-2548; Fax (202) 326-3395

Christopher J. Christie
UNITED STATES ATTORNEY
Susan J. Steele, Chief, Civil Division
970 Broad Street, Suite 700
Newark, NJ 07102
Ph. (973)-645-2920
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

6/6/08
So Ordered
Peter G. Sheridan

| FEDERAL TRADE COMMISSION, | |
|---|---|
| Plaintiff, | |
| v. | 2:08-cv-01480 (PGS) |
| Clifton Telecard Alliance One LLC, et al., | |
| Defendants. | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO CO-MONITORS' STATEMENT OF PROFESSIONAL SERVICES**

The Federal Trade Commission ("FTC") hereby moves this Court for an

extension of time to file any response to the Co-Monitors' Statement of

Professional Services submitted to the court for the month of April.

In support of the motion, the FTC states as follows:

1. Pursuant to the Court's order entered May 1, 2008, any written response to the Co-Monitors' Statement of Professional Services is due within three days of receipt of the statement.

2. On May 30, 2008, the Co-Monitors submitted a Statement of Professional Services for the month of April.

3. Any response is currently due on June 4, 2008.

4. The FTC seeks permission to file a response no later than June 13, 2008, if necessary.

5. Counsel for the FTC has conferred with defense counsel and counsel for the Co-Monitors, who are unopposed to the relief sought herein.

WHEREFORE the FTC respectfully requests that the Court grant the FTC permission to file any written response no later than June 13, 2008.

Dated: June 4, 2008

Respectfully submitted,
William Blumenthal
General Counsel

s/ LaShawn M. Johnson
Colleen B. Robbins
LaShawn M. Johnson
Federal Trade Commission
600 Pennsylvania Avenue, NW H-286
Washington, DC 20580

2

Susan J. Steele, Chief, Civil Division
United States Attorney, D. N.J.
970 Broad Street, Suite 700
Newark, NJ 07102

*Attorneys for Plaintiff*

WILLIAM BLUMENTHAL
General Counsel

Colleen B. Robbins, NJ# 027091997
LaShawn M. Johnson, DC# 475164
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
Ph. (202) 326-2548; Fax (202) 326-3395

Christopher J. Christie
UNITED STATES ATTORNEY
Susan J. Steele, Chief, Civil Division
970 Broad Street, Suite 700
Newark, NJ 07102
Ph. (973)-645-2920
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>Clifton Telecard Alliance One LLC, et al.,<br><br>Defendants. | 2:08-cv-01480 (PGS) |
|---|---|

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of June 2008, I caused true and

correct copies of Plaintiff Federal Trade Commission's Unopposed Motion for

Extension of Time to Respond to Co-monitors' Statement of Professional Services,

and a Certificate of Service to be electronically filed via the Court's CM/ECF system and thereby served on the following counsel:

>Michael Dore
>**LOWENSTEIN SANDLER PC**
>65 Livingston Avenue
>Roseland, NJ 07068

>Michael N. Sohn
>Jonathan L. Stern
>**ARNOLD & PORTER LLP**
>555 Twelfth Street, NW
>Washington, DC 20004-1206

>Attorneys for Defendants

Executed this 4th day of June 2008.

>/s/ LaShawn M. Johnson
>LaShawn M. Johnson
>Attorney for Plaintiff
>Federal Trade Commission